IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00018-BNB

DEAN GATES,

    Plaintiff,

v.

SHARON PHILLIPS, P.A.,
SGT. JOSEPH SINGELTON,
DR. WORMER,
LAURIE O'NEAL,
DOUG ROGRIGUEZ,
P.A. J. HOOKER,
K. HYLAND,
J. WESCOT, and
ALL NURSES OVERSEEING MY CARE FROM 12-3-08 TILL 12-27-08,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 18 2011

GREGORY C. LANGHAM
                CLERK

---

### ORDER DISMISSING CASE

---

Plaintiff, Dean Gates, acting *pro se*, submitted to the Court for filing a Prisoner Complaint. Although the Complaint was not identified as an Amended Complaint and did not have a civil action number noted on its face, it is now evident that Mr. Gates intended to file the pleading as an Amended Complaint in Case No. 10-cv-02417-BNB.[1] Inadvertently this action was commenced. The Court, therefore, will dismiss this action without prejudice and instruct the Clerk of the Court to file the Complaint entered in this case in Case No. 10-cv-02417-LTB. Accordingly, it is

---

[1] Attached to the Complaint form is a note from Mr. Gates. Although the note is cryptic, it is clear that Mr. Gates was concerned about filing the Complaint within the Court's deadline and intended to file the Complaint in Case No. 10-cv-02417-LTB.

ORDERED that the Complaint (Doc. No. 1) filed on January 4, 2011, is ordered filed in Case No. 10-cv-02417-LTB. It is

FURTHER ORDERED that the case is dismissed without prejudice and the Clerk of the Court is instructed to close the action.

DATED at Denver, Colorado, this 18th day of January, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00018-BNB

Dean Gates
Prisoner No. 118740
Fort Lyon Corr. Facility
FLCF Building 5
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 18, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk